IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO NGWAZI WOOTEN,

    Plaintiff,                    No. CIV S-09-1663 GGH

    vs.

WARDEN, DEUEL VOCATIONAL INSTITUTION, et al.,

    Defendants.            <u>ORDER</u>

        On July 13, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket #7). By order filed October 1, 2009, the court granted plaintiff thirty days to file an amended complaint. In the October 1st order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff was re-served with this order to his most current address on January 11, 2010. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the October 1, 2009, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: March 8, 2010                /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

GGH:035
woot1663.fta

1